## COMPTROLLER OF THE TREASURY, RETAIL SALES TAX DIVISION *v.* MARYLAND SPECIALTY WIRE, INC.

[No. 135, September Term, 1977.]

*Decided May 12, 1978.*

(See opinion 37 Md. App. 528 (1977).)

The cause was argued before MURPHY, C. J., and SMITH, DIGGES, LEVINE, ELDRIDGE, ORTH and COLE, JJ.

*Paul A. Sugar, Assistant Attorney General,* with whom was *Francis B. Burch, Attorney General,* on the brief, for appellant.

*Benson Everett Legg,* with whom were *Richard W. Emory* and *Venable, Baetjer & Howard* on the brief, for appellee.

PER CURIAM:

For the reasons stated by Chief Judge Gilbert for the Court

of Special Appeals in *Comptroller v. Md. Specialty Wire,* 37 Md. App. 528, 378 A. 2d 183 (1977), the judgment of that court will be affirmed.

*Judgment of the Court of Special Appeals affirmed.*
*Costs to be paid by the appellant.*